John O. Avery - ISB No. 3407
Ryan E. Farnsworth - ISB No. 8885
770 South Woodruff Avenue
Idaho Falls, ID 83401
Telephone: (208) 524-3020
Facsimile:  (208) 524-2051

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 18-41080-JMM |
| DALHON MATHIE | Chapter 7 |
| Debtor | |

## RESPONSE TO ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS FOR ABUSE UNDER 11 U.S.C. §707(b)(1) AND (b)(2) OR (b)(3)

COMES NOW, Dahlon Mathie, Debtor, and answers Acting United States Trustee's ("UST") Motion as follows:

### I - ADMIT

Respondent admits each and every allegation contained in Plaintiff's Motion enumerated as Paragraphs 1-7, 9, 10, 16, and 23.

### II - DENY

Defendant denies or partially denies the allegations of Plaintiff's Motion, enumerated as Paragraphs 11, 12, 15, 17, 18, 22, 25, and 27-29.

### III - GENERAL DENIAL

Debtors generally deny each and every other allegation of Plaintiff's Complaint not specifically admitted herein. Debtors neither admit nor deny statements of actions and calculations made by the UST, bur disagree with UST's calculation of means test numbers.

ANSWER TO COMPLAINT     1

## PRAYER

Having fully answered the UST's Motion, Debtors pray this Court that the Motion be denied, and for such other and further relief as the Court deems just.

Dated this 22nd day of March, 2019.

/s/_____
Ryan Farnsworth
Attorney for Debtors

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of March, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using CM/ECF system.

R. Sam Hopkins - via ecf mail

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the Notice of Filing upon the following person(s) by mailing with the necessary postage affixed thereto.

Dalhon Mathie
316 N 3823 E
Rigby, ID 83442

    /s/_____
Chris Harrop

ANSWER TO COMPLAINT     3